**NOT FOR PUBLICATION**

In the

United States Court of Appeals

For the Eleventh Circuit

_____

No. 26-10546
Non-Argument Calendar
_____

CAMERON THIERRY,

*Plaintiff-Appellant,*

*versus*

SERTA SIMMONS BEDDING, LLC,

*Defendant-Appellee.*

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:23-cv-00279-MHC-JEM
_____

Before BRANCH, ABUDU, and KIDD, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, sua sponte, for lack of jurisdiction. Cameron Thierry appeals from the district court's January 20, 2026 order dismissing Counts I, II, III, and VI of his second

2                      Opinion of the Court                    26-10546

amended complaint.  However, because Counts IV and V were not dismissed, the court's order was not a final or appealable decision, and we lack jurisdiction to review the order.  *See* 28 U.S.C. § 1291; *Supreme Fuels Trading FZE v. Sargeant*, 689 F.3d 1244, 1245-46 (11th Cir. 2012) (explaining that an order that disposes of fewer than all the claims of all parties to an action is not final or immediately appealable unless the district court certifies the order for immediate review pursuant to Fed. R. Civ. P. 54(b)); Fed. R. Civ. P. 54(b) (providing for entry of judgment as to fewer than all claims or parties); *Freyre v. Chronister*, 910 F.3d 1371, 1377 (11th Cir. 2018) (explaining that a district court order which "contemplates further substantive proceedings in a case is not final and appealable"). Moreover, the district court did not certify its order under Rule 54(b) or 28 U.S.C. § 1292(b).  *See* Fed. R. Civ. P. 54(b); 28 U.S.C. § 1292(b).

All pending motions are DENIED as moot.